
FILED

MAY 16 2013

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOLLY JO STEVENSON,<br><br>Defendant. | CR-11-99-GF-DCL<br><br><br><br>ORDER |

This case was referred to United States Magistrate Judge Keith Strong for a revocation hearing and findings and recommendations. Judge Strong entered findings and recommendations on April 23, 2013. Based on Defendant Molly Jo Stevenson's admissions to several violations of her conditions of supervised release, he found that Stevenson violated her conditions by failing to attend substance abuse treatment sessions, failing to participate in substance abuse testing, failing to participate in a mental health treatment program, failing to follow the instructions of her probation officer, and consuming alcohol. Judge Strong recommended that this Court revoke Stevenson's supervised release and

impose a sentence of 6 months custody, with no supervision to follow. No objections have been filed by either party, and Judge Strong's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach, Inc.*, 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Strong's findings. Stevenson admitted the violations. Judge Strong is also correct that the United States Sentencing Guidelines call for 3 to 9 months imprisonment in this case. No circumstances justify a sentence outside these guidelines. A custodial sentence of six months with no supervised release to follow is appropriate because this is Stevenson's second revocation and she appears to have almost entirely disregarded the conditions of her release, but the violations are unrelated to her original offense and do not suggest she is likely to commit a similar crime in the future.

IT IS ORDERED that Judge Strong's Findings and Recommendations (doc. 49) are ADOPTED in full and Judgment shall be entered accordingly.

Dated this 16th day of May 2013.

Dana L. Christensen, Chief Judge
United States District Court

2